Timothy C. Travelstead (SBN 215260)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
TRINITY TECHNOLOGY GROUP, INC. and
TRINITY TECHNOLOGY GROUP, LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY TECHNOLOGY GROUP, INC., A VIRGINIA CORPORATION; TRINITY TECHNOLOGY GROUP, LLC, A VIRGINIA LIMITED LIABILITY COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 09-02412 EMC<br><br>**NOTICE OF TENTATIVE SETTLEMENT AND JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>ORDER<br><br>Date:   November 4, 2009<br>Time:   1:30 p.m.<br>Dept.:  Coutroom C, 15th Floor<br>Judge:  Edward M. Chen |

**TO THE HONORABLE COURT:**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Philip Hernandez ("Plaintiff") and Defendants Trinity Technology Group, Inc. and Trinity Technology Group, LLC (collectively, "Defendant" or the "Parties"), by and through their respective counsel of record, as follows:

WHEREAS, a Case Management Conference in this matter is presently set for October 7, 2009; and

WHEREAS, Plaintiff and Defendant have been engaged in the negotiation of a fair, reasonable, and adequate settlement; and

WHEREAS, the Parties recently reached a tentative agreement on terms of the Settlement

1
NOTICE OF TENTATIVE SETTLEMENT AND JOINT STIPULATION
TO CONTINUE CASE MANAGEMENT CONFERENCE                    Case No. C 09-02412 EMC

1  and require additional time to finalize such settlement; and

2      WHEREAS, the Parties contacted this Court's Clerk as soon as the need for continuance

3  arose and were advised the Court's calendar may accommodate holding the Case Management

4  Conference on November 4, 2009;

5      **THE PARTIES THEREFORE STIPULATE AND PROPOSE AS FOLLOWS:**

6      The Case Management Conference in this matter be rescheduled to November 4, 2009 at

7  1:30 p.m., pending finalization of a Settlement Agreement.   A joint cmc statement shall be filed by October 28, 2009.

8

9      **IT IS SO STIPULATED.**

10  Dated: October 6, 2009      LAW OFFICES OF MICHAEL L. TRACY

11

12      By: _____/s/_____
13          Michael L. Tracy
        Megan Ross Hutchins
14          Attorneys for Plaintiff
        PHILIP HERNANDEZ

15

16  Dated: October 6, 2009      JACKSON LEWIS LLP

17

18      By: _____/s/_____
19          Timothy C. Travelstead
        Attorneys for Defendant(s)
20          TRINITY TECHNOLOGY GROUP and
        TRINITY TECHNOLOGY GROUP, LLC

21

22      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24  Dated: October 7, 2009
25
26      THE HONORABLE EDWARD M. CHEN,
    JUDGE OF THE UNITED STATES
27      DISTRICT COURT

28