JOANNA L. BROOKS (State Bar No. 182986)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: 415.394.9400
Facsimile: 415.394.9401
Email: brooksj@jacksonlewis.com

Attorneys for Defendants
TRINITY TECHNOLOGY GROUP, INC. and
TRINITY TECHNOLOGY GROUP, LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

PHILIP HERNANDEZ, an individual,

Plaintiff,

v.

TRINITY TECHNOLOGY GROUP, INC., A VIRGINIA CORPORATION; TRINITY TECHNOLOGY GROUP, LLC, A VIRGINIA LIMITED LIABILITY COMPANY; and DOES 1 through 10, inclusive,

Defendants.

Case No. C 09-02412 EMC

**NOTICE OF TENTATIVE SETTLEMENT AND JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**

Date: November 4, 2009
Time: 1:30 p.m.
Dept.: Courtroom C, 15th Floor
Judge: Honorable Edward M. Chen

**TO THE HONORABLE COURT:**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Philip Hernandez ("Plaintiff") and Defendants Trinity Technology Group, Inc. and Trinity Technology Group, LLC (collectively, "Defendants" or the "Parties"), by and through their respective counsel of record, as follows:

WHEREAS, a Case Management Conference in this matter was originally set for October 7, 2009 and continued to November 4, 2009 to give the parties time to conclude settlement negotiations; and

WHEREAS, Plaintiff and Defendants continue to be engaged in the negotiation of a fair, reasonable, and adequate settlement; and

WHEREAS, the Parties have reached a tentative agreement on terms of the settlement and still require additional time to finalize the written settlement agreement; and

WHEREAS, the Parties believe an additional 30 days will enable them to finalize the tentative settlement and allow dismissal of the action without further Court involvement.

**THE PARTIES THEREFORE STIPULATE AND PROPOSE AS FOLLOWS:**

The Case Management Conference in this matter be continued for a period of at least 30 days to a date convenient on the Court's calendar.

**IT IS SO STIPULATED.**

Dated: 10-29, 2009

LAW OFFICES OF MICHAEL L. TRACY

By: [signature]
Michael L. Tracy
Megan Ross Hutchins
Attorneys for Plaintiff
PHILIP HERNANDEZ

Dated: 10-30, 2009

JACKSON LEWIS LLP

By: JoAnna L. Brooks
JoAnna L. Brooks
Attorneys for Defendants
TRINITY TECHNOLOGY GROUP and TRINITY TECHNOLOGY GROUP, LLC

**FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

That the Case Management conference set for November 4, 2009 is continued to December 23, 2009 at 1:30 p.m.

Dated: November 2, 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

[EDWARD] M. CHEN
[UNITED] STATES [MAGISTRATE JUDGE]