1   JOANNA L. BROOKS (State Bar No. 182986)
    JACKSON LEWIS LLP
2   199 Fremont Street, 10th Floor
    San Francisco, California  94105
3   Telephone:    415.394.9400
    Facsimile:     415.394.9401
4   Email:         brooksj@jacksonlewis.com

5   Attorneys for Defendants
    TRINITY TECHNOLOGY GROUP, INC. and
6   TRINITY TECHNOLOGY GROUP, LLC,

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11  PHILIP HERNANDEZ, an individual,          Case No.  C 09-02412 EMC

12              Plaintiff,                     **NOTICE OF TENTATIVE
                                               SETTLEMENT AND JOINT
13        v.                                   STIPULATION  TO CONTINUE CASE
                                               MANAGEMENT CONFERENCE; AND
14  TRINITY TECHNOLOGY GROUP, INC., A          [PROPOSED] ORDER
    VIRGINIA CORPORATION; TRINITY
15  TECHNOLOGY GROUP, LLC, A VIRGINIA
    LIMITED LIABILITY COMPANY; and DOES        Date:   November 4, 2009
16  1 through 10, inclusive,                   Time:   1:30 p.m.
                                               Dept.:  Courtroom C, 15th Floor
17              Defendants.                     Judge:  Honorable Edward M. Chen

18

19  **TO THE HONORABLE COURT:**

20        **IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Philip

21  Hernandez ("Plaintiff") and Defendants Trinity Technology Group, Inc. and Trinity Technology

22  Group, LLC (collectively, "Defendants" or the "Parties"), by and through their respective counsel

23  of record, as follows:

24        WHEREAS, a Case Management Conference in this matter was originally set for

25  October 7, 2009 and continued to November 4, 2009 to give the parties time to conclude

26  settlement negotiations; and

27        WHEREAS, Plaintiff and Defendants continue to be engaged in the negotiation of a fair,

28  reasonable, and adequate settlement; and

                                         1

WHEREAS, the Parties have reached a tentative agreement on terms of the settlement and still require additional time to finalize the written settlement agreement; and

WHEREAS, the Parties believe an additional 30 days will enable them to finalize the tentative settlement and allow dismissal of the action without further Court involvement.

**THE PARTIES THEREFORE STIPULATE AND PROPOSE AS FOLLOWS:**

The Case Management Conference in this matter be continued for a period of at least 30 days to a date convenient on the Court's calendar.

**IT IS SO STIPULATED.**

Dated: _____, 2009          LAW OFFICES OF MICHAEL L. TRACY

By: _____
    Michael L. Tracy
    Megan Ross Hutchins
    Attorneys for Plaintiff
    PHILIP HERNANDEZ

Dated: _10 - 30_, 2009          JACKSON LEWIS LLP

By: _____
    JoAnna L. Brooks
    Attorneys for Defendants
    TRINITY   TECHNOLOGY   GROUP   and
    TRINITY TECHNOLOGY GROUP, LLC

**FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

That the Case Management conference set for November 4, 2009 is continued to _December 23_, 2009 at 1:30 p.m.

Dated: _November 2, 2009_

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

M. CHEN
STATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA