MICHAEL L. TRACY, ESQ. (SBN 237779)
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
mhutchins@michaeltracylaw.com
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff
PHILIP HERNANDEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANSISCO DIVISION

| | |
|---|---|
| PHILIP HERNANDEZ, an individual <br><br> Plaintiff, <br><br> vs. <br><br> TRINITY TECHNOLOGY GROUP, INC., A VIRGINIA CORPORATION; TRINITY TECHNOLOGY GROUP, LLC, A VIRGINIA LIMITED LIABILITY COMPANY; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case 3:09-cv-02412-EMC <br><br> **REQUEST FOR TELEPHONIC APPEARANCE FOR INITIAL CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~ ORDER]** |

PLEASE TAKE NOTICE that Plaintiff's counsel respectfully request to appear telephonically for the Initial Case Management Conference currently scheduled for December 21, 2009 at 1:30p.m. before the Honorable Thelton Henderson of the above entitled court.

///

///

---

1

REQUEST FOR TELEPHONIC APPEARANCE FOR INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER]

1 ///

2 DATED: December 15, 2009                LAW OFFICES OF MICHAEL L. TRACY

                                    By:    _____/s/_____
                                           MEGAN ROSS HUTCHINS, Attorney for
                                           Plaintiff PHILIP HERNANDEZ

**ORDER**

IT IS SO ORDERED.

DATED: December _16_, 2009              _____
                                        HONORABLE THELTON HENDERSON