1   MICHAEL L. TRACY, ESQ. (SBN 237779)
    MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
2   LAW OFFICES OF MICHAEL L. TRACY
    2030 Main Street, Suite 1300
3   Irvine, CA  92614
    mhutchins@michaeltracylaw.com
4   T: (949) 260-9171
    F: (866) 365-3051
5
    Attorneys for Plaintiff
6   PHILIP HERNANDEZ

7

8                  **UNITED STATES DISTRICT COURT**

9       **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANSISCO DIVISION**

10

11  PHILIP HERNANDEZ, an individual        )   Case 3:09-cv-02412-EMC
                                           )
12              Plaintiff,                 )
                                           )
13          vs.                            )   **REQUEST FOR TELEPHONIC**
                                           )   **APPEARANCE FOR INITIAL CASE**
14  TRINITY TECHNOLOGY GROUP, INC., A      )   **MANAGEMENT CONFERENCE**
15  VIRGINIA CORPORATION; TRINITY          )   **AND [PROPOSED ORDER]**
    TECHNOLOGY GROUP, LLC, A               )
16  VIRGINIA LIMITED LIABILITY             )
    COMPANY;  and DOES 1 through 10,       )
17  inclusive,                             )
                                           )
18                                         )
                Defendants.                )
19  _____   )

20

21          PLEASE TAKE NOTICE that Plaintiff's counsel respectfully request to appear

22  telephonically for the Initial Case Management Conference currently scheduled for

23  December 21, 2009 at 1:30p.m. before the Honorable Thelton Henderson of the above

24  entitled court.

25
26  ///

27  ///

28
                                         1
    _____
    REQUEST FOR TELEPHONIC APPEARANCE FOR INITIAL CASE MANAGEMENT CONFERENCE AND
                                [PROPOSED ORDER]

1 | ///

2 | DATED:  December 15, 2009          LAW OFFICES OF MICHAEL L. TRACY

3 |                                    By:    _____/s/_____

4 |                                    MEGAN ROSS HUTCHINS, Attorney for

5 |                                    Plaintiff PHILIP HERNANDEZ

6 |

7 |                                        **<u>ORDER</u>**

8 |          IT IS SO ORDERED.

9 | DATED: December _16_, 2009

10 |                                    _____
                                        HONORABLE THELTON HENDERSON

REQUEST FOR TELEPHONIC APPEARANCE FOR INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED ORDER]