UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:**  Thelton E. Henderson

**Date**: February 8, 2010

**Case No:** C 09-2412 TEH

**Case Title**: Philip Hernandez v. Trinity Technology Group Inc., et al.
**Appearances:**

    For Plaintiff(s): Michael Tracy telephonically

    For Defendant(s): Douglas Bria present

**Deputy Clerk**: Frank Justiliano          **Court Reporter**: none

## *PROCEEDINGS*

1.  Telephonic Case Management Conference

    CMC not held.  Parties informed that the stipulated request for approval of settlement was received.

Order to be entered by:          ( ) Plaintiff    ( ) Defendant    (X) Court