JOANNA L. BROOKS (State Bar No. 182986)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone:   415 394.9400
Facsimile:   415 394.9401
Email:       brooksj@jacksonlewis.com

Attorneys for Defendants
TRINITY TECHNOLOGY GROUP, INC. and
TRINITY TECHNOLOGY GROUP, LLC,

RECEIVED

FEB - 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY TECHNOLOGY GROUP, INC., A VIRGINIA CORPORATION; TRINITY TECHNOLOGY GROUP, LLC, A VIRGINIA LIMITED LIABILITY COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 09-02412 TEH<br><br>**STIPULATED REQUEST FOR APPROVAL OF SETTLEMENT AND DISMISSAL <u>WITH PREJUDICE</u>; [PROPOSED] ORDER**<br><br>[F.R.C.P. 41(a)(1)(ii)]<br><br>Date:  Submitted for Immediate Determination<br>Dept.: Courtroom 12, 19th Floor<br>Judge: Honorable Thelton E. Henderson |

The Parties hereto, by their undersigned counsel, seek approval of the settlement and dismissal of the above-captioned action, as follows:

WHEREAS, on April 14, 2009, Plaintiff Philip Hernandez ("Plaintiff") filed his complaint in the Superior Court of the State of California, County of Sonoma, ("Complaint") against Defendant Trinity Technology Group, Inc. ("Defendant")(erroneously sued both as Trinity Technology Group, Inc. and Trinity Technology Group, LLC). On May, 29, 2009, Defendant filed an answer in state court. On June 1, 2009, Defendant removed the action to this Court.

WHEREAS, Plaintiff's Complaint alleges: (1) failure to pay overtime in violation of California Labor Code and Industrial Wage Commission 4-2001 (Cal. Code Regs. Title 8 § 11404; (2) failure to itemize wage statements in violation of California Labor Code section 226; (3) overtime and liquidated damages under the Fair Labor Standards Act (28 U.S.C. §§ 207 and 216; and (4) violation of California Business and Professions Code section 17200 *et seq.*

WHEREAS, following the filing of Plaintiff's Complaint, the parties engaged in settlement discussions related to Plaintiff's claims. Based on those discussions, the Parties reached a mutually satisfactory settlement agreement based on an estimate of the wages Plaintiff claims were due and owing, any statutory penalties, liquidated damages and attorneys' fees. These terms were later finalized and memorialized in a Confidential Settlement Agreement, which the parties agree to execute upon final approval by this Court. The Confidential Settlement Agreement is attached and filed under seal pursuant this Court's Order dated February 5, 2009.

WHEREAS, both parties represent to this Court that the agreement embodied in the Confidential Settlement Agreement was reached through good-faith, arms-length negotiations. Both parties further represent that the agreement constitutes a fair and equitable compromise of Plaintiff's claims in this matter.

WHEREAS, a settlement reached in cases involving claims under the Fair Labor Standards Act must be approved either by the United States Department of Labor or the appropriate United States District Court.

WHEREAS, the Parties respectfully request that this Court approve the settlement of this matter.

WHEREAS, once the Court approves the settlement, the Parties hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: February 5, 2009         LAW OFFICES OF MICHAEL L. TRACY

                                By: _____
                                    Michael L. Tracy
                                    Megan Ross Hutchins
                                    Attorneys for Plaintiff
                                    PHILIP HERNANDEZ

Dated: February 5, 2009         JACKSON LEWIS LLP

                                By: _____
                                    JoAnna L. Brooks
                                    Attorneys for Defendants
                                    TRINITY TECHNOLOGY GROUP and
                                    TRINITY TECHNOLOGY GROUP, LLC

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

1. The Confidential Settlement Agreement is approved; and

2. The action is dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

Dated: 2/9/10

_____
HONORABLE THELTON E. HENDERSON
JUDGE OF THE UNITED STATES
DISTRICT COURT